08-4303-cv
Palmieri v. Town of Babylon

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT.  CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1.  IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)."  A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/).  IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of December, two thousand nine.

PRESENT: DENNIS JACOBS,
                              <u>Chief Judge</u>,
                DEBRA ANN LIVINGSTON,
                              <u>Circuit Judge</u>,
                JED S. RAKOFF,*
                              <u>District Judge</u>.

- - - - - - - - - - - - - - - - - - - -X

Paul Palmieri and The Coalition of Landlords, Homeowners & Merchants,

              <u>Plaintiffs</u>,

Uzo Akujuo,

---

* Jed S. Rakoff, Judge of the United States District Court for the Southern District of New York, sitting by designation.

**Plaintiff-Appellant,**

**v.**                                                   08-4303-cv

Town of Babylon, Steve Bellone, individually and in his capacity as Supervisor of the Town of Babylon, Wayne R. Horsely, Ellen T. McVeety, Carol A. Quirk, individually and in their capacities as members of the Board of the Town of Babylon, Dennis Cohen, individually and in his capacity as Town Attorney for the Town of Babylon, Paul J. Margiotta, individually and in his capacity as Assistant Town Attorney for the Town of Babylon, Bureau of Administrative Adjudication of the Town, Errol Williams, individually and in his capacity as Administrative Law Judge of The Bureau of Administrative Adjudication of the Town of Babylon, Eileen Augustine, individually and in her capacity as Court Administrator of the Bureau of Administrative Adjudication of the Town of Babylon, John Doe #1 through #30 and Jane Doe #1 through #30, the latter names being fictitious and unknown to the plaintiffs, the persons or parties intended to be attorneys for, and officials of, the Town of Babylon, both in their individual and official capacities,

**Defendants-Appellees.**[**]

- - - - - - - - - - - - - - - - - - - - -X

**FOR APPELLANT:**          Uzo Akujuo, Pro Se, Babylon, NY.

**FOR APPELLEES:**          Andrew J. Mihalick, Kral, Clerkin, Redmond, Ryan, Perry & Girvan, LLP, Mineola, NY.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Bianco, _J._).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED,**

---

[**] We direct the Clerk of the Court to amend the official caption as noted.

-2-

**AND DECREED** that the judgment of the district court is **AFFIRMED**.

Plaintiff Uzo Akujuo, pro se, appeals from an order of the district court granting Defendants' motion for summary judgment and dismissing his claims under the First, Fourth, Fifth, Ninth, and Fourteenth Amendments to the United States Constitution, as well as under 42 U.S.C. §§ 1981 & 1985. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review orders granting summary judgment de novo. Woodman v. WWOR-TV, Inc., 411 F.3d 69, 75 (2d Cir. 2005). Our review of the record confirms that the district court properly granted Defendants' motion for summary judgment, and we affirm for substantially the reasons set out in the court's thorough and well-reasoned August 1, 2008 memorandum decision and order.

We have considered all of Akujuo's remaining arguments, and they are without merit. For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

```
                        FOR THE COURT:
                        Catherine O'Hagan Wolfe, Clerk


                        By: _____
```

-3-